```
1  DELTA LAW GROUP
   A PROFESSIONAL LAW CORPORATION
2  JIM G. PRICE, ESQ., SBN 119324
   6569 BRENTWOOD BOULEVARD
3  P.O. BOX 1417
   BRENTWOOD, CA  94513
4  TELEPHONE:  925-516-4686
   FACSIMILE:  925-516-4058
5
   Attorneys for Plaintiff
6  SORINA PEREZ
```

**DENIED**
*Judge Maria-Elena James*

CMC scheduled 2/21/2013 at 10:00 a.m. is VACATED. The Court will set a new CMC once defendant has filed an answer to the complaint.
Dated: 2/20/2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORINA PEREZ, | ) CASE NO.: C12-05928-MEJ |
| | ) |
| Plaintiff, | ) **REQUEST TO APPEAR AT CASE** |
| | ) **MANAGEMENT CONFERENCE** |
| v. | ) **TELEPHONICALLY** |
| | ) |
| PREMIUM RECEIVABLES, LLC, and | ) DATE:  2/21/13 |
| DOES 1 through 20, inclusive, | ) TIME:  10:00 AM |
| | ) DEPT:  Courtroom B, 15th Floor, |
| Defendants. | )        (San Francisco) |
| | ) |
| | ) |

   I, JIM G. PRICE, declare as follows:

   1.   I am the attorney of record for Plaintiff SORINA PEREZ.

   2.   My office is located at 6569 Brentwood Boulevard, Brentwood, CA  94513.  My telephone number is 925-516-4686.

   3.   I am requesting that the Court allow me to appear telephonically on behalf of my client SORINA PEREZ at the Case

Management Conference scheduled for February 21, 2013 at 10:00 AM in Courtroom B, 15th Floor, before Magistrate Judge Maria-Elena James.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on February 19, 2013 in Brentwood, California.

                                  /s/ Jim G. Price
                                  _____
                                  JIM G. PRICE
                                  Attorneys for Plaintiff
                                  SORINA PEREZ